# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159122(12)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARGARET BARNOWSKI,
      Claimant-Appellant,

v

CLEARLY UNIVERSITY and UNEMPLOYMENT
INSURANCE AGENCY,
      Appellees.
_____/

SC: 159122
COA: 344917
Livingston CC: 17-000079-AE

On order of the Chief Justice, the motion of appellee Unemployment Insurance Agency to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before April 4, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2019



Clerk